# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2021

*The Court of Appeals hereby passes the following order:*

## A21E0033. THOMPSON et al. v. BLACKWELL et al.

Upon consideration of Fayette Thompson's motion for extension of time to file application for discretionary appeal, it is ordered that an extension be granted in the above-referenced case through and including March 26, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/26/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*